692 A.2d 42

IN THE MATTER OF HELENE L. EPSTEIN,
AN ATTORNEY AT LAW.

April 23, 1997.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that HELENE L. EPSTEIN of NORTH BRUNS-WICK, who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for one year effective March 1, 1996, by Order of this Court dated February 6, 1996, be restored to the practice of law, effective immediately.